SEALED
FILED

JAN 12 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SEALING ORDER |
| v. | ) | 2:06-CR-0009 LKK |
| SEALED, | ) | |
| Defendant. | ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that documents filed in the above referenced case shall be sealed until first arrest of the defendant in this case or until further order of this Court.

DATED: Jan 12, 2006

GREGORY G. HOLLOWS
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge