SEALED

McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

FILED

JAN 1 2 2006

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFOR....

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

v.

RICHARD JAMES MARINO,

               Defendant.

CR. No.

ORDER TO SEAL
(UNDER SEAL)



206 - CR - 0009

The Court hereby orders that the Petition of Assistant United States Attorney William S. Wong to Seal Indictment, the Indictment, and Order in the above-referenced case shall be sealed until first arrest of the defendant in this case or until further order of the Court.

SO ORDERED.

DATED: Jan. 12, 2006

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE