```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S 06-0009 LKK |
| Plaintiff, | |
| v. | ORDER EXCLUDING TIME |
| RICHARD J. MARINO | |
| Defendant. | |

The time beginning January 31, 2006 and extending through March 28, 2006 is ordered excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, counsel have been working diligently to establish procedures for discovery and analyze the evidence in this case. There are approximately fifteen boxes of evidence in this case, and those boxes include both paper records and electronic media. The Court finds that the interests of

//

//

justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATE: February 3, 2006

/s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
U.S. District Judge