**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:06-CR-00009** |
| Plaintiff | |
| vs. | **ORDER** |
| **RICHARD J. MARINO,** | |
| Defendant. | Date:<br>Time:<br>Judge: Hon. Gregory G. Hollows |

The Clerk of the Court is directed to release $39,040.20 of the funds deposited with the clerk in this matter to defendant Richard J. Marino.

Dated: 3/16/06     /s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS

marino.ord

-1-