```
1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-06-009 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: SCHEDULING STATUS |
| ) | CONFERENCE, AND EXCLUDING TIME |
| v. ) | UNDER SPEEDY TRIAL ACT |
| ) | |
| RICHARD J. MARINO, ) | Date: March 28, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Ctrm: Hon. Lawrence K. Karlton |
| _____) | |

On March 28, 2006, the court held a status conference in this case. Assistant United States Attorney William S. Wong appeared on behalf of plaintiff United States of America. John Duree, Esq., appeared with defendant Richard James Marino, who was not in custody. At the request of the defendant, and no opposition by the government, the court granted a continuance for further status conference on June 6, 2006, at 9:30 a.m. At the parties request, the court found the case to be unusual and complex and excluded time from March 28, 2006, to, and including, June 6, 2006, from the computation of time within which the trial of this case must be commenced pursuant to Local Code T-2 and T-4 (18 U.S.C. § 3161(h)(8)(B)(ii) and 18 U.S.C. § 3161(h)(8)(B)(iv) - case was

1

found to be unusual or complex and to allow counsel reasonable time to prepare given the voluminous discovery and the complexity of the charges.

_____

**ORDER**

**IT IS SO ORDERED,**

DATED: March 30, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
United States District Judge