MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S 06-09 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| RICHARD J. MARINO | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued to October 11, 2006. The parties stipulate and agree that the time beginning June 6, 2006 and extending through October 11, 2006 should be excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The United States has disclosed approximately fifteen boxes of evidence, which boxes include both paper records and electronic media. The United States has also disclosed a substantial volume of financial analyses and DEA investigative reports. These documents will take time for the Defendant

1

adequately to review and analyze.  Further, counsel for the Defendant is scheduled for, <u>inter alia</u>, a June 28, 2006 jury trial in <u>People v. Watt</u>, (Sac. Co. 05F01502 & 05F06191) (estimated 7 days); a July 19, 2006 evidentiary hearing in <u>United States v. McFall</u>, (EDCA CR-S-02-0246 MCE (estimated three days); and an August 22, 2006 jury trial in <u>People vs. Matthew Bianchi</u>, (Yolo Co. 05005637 (estimated 5 days).

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: June 2, 2006    By:   /s/ Matt Segal
                            MATTHEW D. SEGAL
                            Assistant U.S. Attorney

                            /s/ John Duree
DATE: June 2, 2006
                            JOHN DUREE
                            Counsel for Richard Marino

**SO ORDERED.**

DATE: June 5, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT