**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, </br> Plaintiff </br> vs. </br> **RICHARD J. MARINO**, </br> Defendant. </br> _____ | **CASE NO. 2:06-cr-00009 LKK** </br></br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for October 11, 2006 at 9:30 a.m. should be vacated and continued to November 28, 2006 at 9:03 a.m.

The parties have recently commenced serious negotiations directed toward producing a resolution of this matter. The negotiations cannot be completed by the currently set date for status conference of October 11, 2006 due to counsel's calendar obligations and to the complexity of the negotiations. The Court has previously found this case to be complex under Local Code T2. Accordingly, all counsel and the defendant personally agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through November

-1-

28, 2006 pursuant to title 18 USC § 3161 (H)(8)(B)(ii) and (iv) and Local Code T2 and T4.

Dated: October 3, 2006            /s/
WILLIAM WONG
Assistant U.S. Attorney

Dated: October 3, 2006            /s/
JOHN R. DUREE, JR.
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for October 11, 2006 at 9:30 a.m. be VACATED, and the matter continued until NOVEMBER 28, 2006 at 9:30 a.m. Time is excluded under the Speedy Trial Act from October 4, 2006 through November 28, 2006 pursuant to Local Codes T2 and T4.

Dated: October 5, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT