**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>RICHARD J. MARINO,<br><br>Defendant. | CASE NO. 2:06-cr-00009 LKK<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for November 28, 2006 at 9:30 a.m. should be vacated and continued to January 9, 2007 at 9:30 a.m.

The parties have had discussion and negotiations directed toward a resolution of the case that will not be completed by November 28, 2006 due to the complexity of the negotiations. The Court has previously found this case to be complex under Local Code T2. Accordingly, all counsel and the defendant personally agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through January 9, 2007, pursuant to title 18 USC § 3161 (H)(8)(B)(ii) and (iv) and Local Code T2 and T4.

Dated: November 21, 2006         /s/ William Wong
                                 WILLIAM WONG
                                 Assistant U.S. Attorney

Dated: November 21, 2006         /s/ John R. Duree, Jr.
                                 JOHN R. DUREE, JR.
                                 Attorney for Defendant

-1-

# **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for November 28, 2006, at 9:30 a.m. be VACATED, and the matter continued until January 9, 2007 at 9:30 a.m. Time is excluded under the Speedy Trial Act from November 21, 2006 through January 9, 2007 pursuant to Local Codes T2 and T4.

Dated: November 27, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT