**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:06-cr-00009 LKK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for March 13, 2007 at 9:30 a.m. should be vacated and continued to April 10, 2007 at 9:30 a.m.

The parties stipulate to this continuance because the plea agreement has not been finalized. The case is complex both factually and legally, and not all issues have been resolved between the parties. The negotiations process has been slowed in part because Mr. Marino lives in Ft. Bragg and also because counsel for Mr. Marino has been immersed in working on the reply brief and participating in moot court in *Fry v. Pliler*, Case No. 06-5247, which is set to be heard in front of the U.S. Supreme Court on March 20, 2007. The Court has previously found this case to be complex under Local Code T2. Accordingly, all counsel and the defendant personally agree that time should be excluded under the Speedy Trial Act from the date this

-1-

stipulation is lodged through April 10, 2007, pursuant to title 18 USC § 3161 (H)(8)(B)(ii) and (iv) and Local Code T2 and T4.

Dated: March 9, 2007      /s/ William Wong
                          WILLIAM WONG
                          Assistant U.S. Attorney

Dated: March 9, 2007      /s/ John R. Duree, Jr.
                          JOHN R. DUREE, JR.
                          Attorney for Defendant

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | IT IS HEREBY ORDERED that status conference currently scheduled for March 13, |
| 3 | 2007, at 9:30 a.m. be VACATED, and the matter continued until April 10, 2007, at 9:30 a.m. |
| 4 | Time is excluded under the Speedy Trial Act from March 13, 2007 through April 10, 2007 |
| 5 | pursuant to Local Codes T2 and T4. |

Dated: March 9, 2007

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```