**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:06-cr-00009 LKK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for April 10, 2007 at 9:30 a.m. should be vacated and continued to May 8, 2007 at 9:30 a.m.

The parties stipulate to this continuance because the plea agreement has not been finalized. The case is complex both factually and legally, and not all issues have been resolved between the parties. The negotiations process has been slowed in part because Mr. Marino lives in Ft. Bragg and also because counsel for Mr. Marino has been immersed in working on the briefing, participating in moot court, and appearing in *Fry v. Pliler*, Case No. 06-5247, which was heard in front of the U.S. Supreme Court on March 20, 2007. Further, counsel for Mr. Marino has a jury trial and a pre-paid vacation set in April. The Court has previously found this case to be complex under Local Code T2. Accordingly, all counsel and the defendant personally

-1-

agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through May 8, 2007, pursuant to title 18 USC § 3161 (H)(8)(B)(ii) and (iv) and Local Code T2 and T4.

Dated: April 6, 2007                  /s/ William Wong
                                            WILLIAM WONG
                                            Assistant U.S. Attorney

Dated: April 6, 2007                  /s/ John R. Duree, Jr.
                                            JOHN R. DUREE, JR.
                                            Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that status conference currently scheduled for April 10, 2007, at 9:30 a.m. be VACATED, and the matter continued until May 8, 2007, at 9:30 a.m. Time is excluded under the Speedy Trial Act from April 10, 2007 through May 8, 2007 pursuant to Local Codes T2 and T4.

Dated: April 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT