**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:06-cr-00009 LKK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for May 8, 2007 at 9:30 a.m. should be vacated and continued to May 30, 2007 at 9:30 a.m.

The parties stipulate to this continuance because we have reached an agreement in principle; however, it is complicated and has not yet been drafted and will require more time on the part of both counsel to complete. Further, counsel for defendant anticipates being in trial this month. Accordingly, we have stipulated to continue this matter until May 30, 2007.

Accordingly, all counsel and the defendant personally agree that time should be excluded under the Speedy Trial Act from the date this stipulation is lodged through May 30, 2007,

-1-

pursuant to title 18 USC § 3161 (H)(8)(B)(ii) and (iv) and Local Code T2 and T4.

Dated: May 3, 2007                              /s/ William Wong
                                                       WILLIAM WONG
                                                       Assistant U.S. Attorney

Dated: May 3, 2007                              /s/ John R. Duree, Jr.
                                                         JOHN R. DUREE, JR.
                                                         Attorney for Defendant

1 **<u>ORDER</u>**

2 IT IS HEREBY ORDERED that status conference currently scheduled for May 8,
3 2007, at 9:30 a.m. be VACATED, and the matter continued until May 30, 2007, at 9:30 a.m.
4 Time is excluded under the Speedy Trial Act from May 8, 2007 through May 30, 2007
5 pursuant to Local Codes T2 and T4.

Dated: May 4, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT