McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-009 LKK |
| Plaintiff, | |
| | SUMMARY ORDER RE: SCHEDULING STATUS CONFERENCE/ENTRY OF PLEA, AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| RICHARD JAMES MARINO, | |
| Defendant. | |

On May 30, 2007, the Court held a status conference in this case. Assistant United States Attorneys William S. Wong and Matthew D. Segal appeared on behalf of plaintiff United States of America. John Duree, Esq., appeared with defendant Richard James Marino, who was not in custody. At the joint request of the all parties, this Court granted a continuance for a further status conference/entry of plea on June 26, 2007, at 9:30 a.m. The Court further excluded time from May 30, 2007, to, and including, June 26, 2007, from computation of time within which the trial of

///

///

///

1

1 | this case must be commenced, pursuant to Local Code T-4 (give the
2 | parties reasonable time to prepare).

___

**ORDER**

IT IS SO ORDERED,

DATED: June 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT