1  **JOHN R. DUREE, JR.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 350
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4

5  Attorney for Defendant
   RICHARD J. MARINO
6

7

8
                        **UNITED STATES DISTRICT COURT**
9
                        **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 **UNITED STATES OF AMERICA**,    )    CASE NO. 2:06-cr-00009 LKK
                                    )
13              Plaintiff           )
                                    )    **STIPULATION AND**
14       vs.                        )    **ORDER CONTINUING**
                                    )    **STATUS CONFERENCE**
15                                  )
   **RICHARD J. MARINO**,           )
16                                  )
                Defendant.          )
17 _____  )

18

19       The United States, through its undersigned counsel, and the defendant, through his

20 undersigned counsel, hereby agree and stipulate that the status conference, which is currently

21 scheduled for June 26, 2007 at 9:30 a.m. should be vacated and continued to August 7, 2007 at

22 9:30 a.m.

23       The parties stipulate to this continuance because, although a plea agreement in principle

24 has been reached, some provisions will require more time on the part of both counsel to

25 complete. Due in part to defense counsel's calendar obligations, it is believed that it will take

26 approximately 5 weeks to finalize an agreement. Accordingly, we have stipulated to continue

27 this matter until August 7, 2007.

28       Accordingly, all counsel and the defendant personally agree that time should be excluded

-1-

under the Speedy Trial Act from the date this stipulation is lodged through August 7, 2007, pursuant to title 18 USC § 3161 (H)(8)(B)(ii) and (iv) and Local Code T2 and T4.

Dated: June 22, 2007                           /s/ Matthew Segal
                                                        Matthew Segal
                                                        Assistant U.S. Attorney

Dated: June 22, 2007                           /s/ John R. Duree, Jr.
                                                        JOHN R. DUREE, JR.
                                                        Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for June 26, 2007, at 9:30 a.m. be VACATED, and the matter continued until August 7, 2007, at 9:30 a.m. Time is excluded under the Speedy Trial Act from June 26, 2007 through August 7, 2007 pursuant to Local Codes T2 and T4.

Dated: June 25, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT