**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:06-cr-00009 LKK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for August 7, 2007 at 9:30 a.m. should be vacated and continued to September 11, 2007 at 9:30 a.m.

The parties stipulate to this continuance because additional time is needed to complete a negotiated plea agreement. The government is currently working on a final draft of its proposed plea agreement, and anticipates providing it to the defense within the next week. The plea agreement is more complicated than most agreements as it is designed to place both upper and lower limits on the sentence.

-1-

It is further anticipated that the defense may object to provisions in the government's proposed agreement, even though there is currently an agreement in principle.

For the above reasons, and also due to counsel's calendar obligations, and the fact that the defendant resides in Fort Bragg, additional time is needed to complete the plea negotiation process, to wit, 5 weeks, to September 11, 2007.

The case previously has been found to be unusual and complex.

The parties agree that time should be excluded from the current scheduled date of August 7, 2007 to and including September 11, 2007 pursuant to Local Code T2 and T4. (18 USC § 3161 (h)(8)(B)(ii) and (iv).

Dated: August 3, 2007            /s/ William Wong
William Wong
Assistant U.S. Attorney

Dated: August 3, 2007            /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for August 7, 2007, at 9:30 a.m. be VACATED, and the matter continued until September 11, 2007, at 9:30 a.m. Time is excluded under the Speedy Trial Act from August 7, 2007 through September 11, 2007 pursuant to Local Codes T2 and T4.

Dated: August 3, 2007

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```