1 | **JOHN R. DUREE, JR.**
**A Professional Corporation**
2 | State Bar No. 65684
428 J Street, Suite 350
3 | Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | **CASE NO. 2:06-cr-00009 LKK** |
| Plaintiff | ) | |
| | ) | **STIPULATION AND** |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for September 11, 2007 at 9:30 a.m. should be vacated and continued to October 23, 2007 at 9:30 a.m.

The parties stipulate to this continuance because additional time is needed for the government to make changes to the proposed plea agreement. The plea agreement is more complicated than most agreements as it is designed to place both upper and lower limits on the sentence.

The case previously has been found to be unusual and complex.

///

///

-1-

The parties agree that time should be excluded from the current scheduled date of September 11, 2007 to and including October 23, 2007 pursuant to Local Code T2 and T4. (18 USC § 3161 (h)(8)(B)(ii) and (iv).

Dated: September 7, 2007            /s/ William Wong
William Wong
Assistant U.S. Attorney

Dated: September 7, 2007            /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for September 11, 2007, at 9:30 a.m. be VACATED, and the matter continued until October 23, 2007, at 9:30 a.m. Time is excluded under the Speedy Trial Act from September 11, 2007 through October 23, 2007 pursuant to Local Codes T2 and T4.

Dated: September 10, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-