**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:06-cr-00009 LKK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for October 23, 2007 at 9:30 a.m. should be vacated and continued to December 11, 2007 at 9:30 a.m.

The parties stipulate to this continuance because additional time is needed. Lead counsel for the government has been engaged in a lengthy jury trial. Due to defense counsel's calendar obligations and the fact that lead counsel for government has been engaged in a lengthy jury trial, the plea agreement has not been finalized. The plea agreement is more complicated than most agreements as it is designed to place both upper and lower limits on the sentence.

The case previously has been found to be unusual and complex.

///

-1-

The parties agree that time should be excluded from the current scheduled date of October 23, 2007 to and including December 11, 2007 pursuant to Local Code T2 and T4. (18 USC § 3161 (h)(8)(B)(ii) and (iv).

Dated: October 18, 2007                      /s/ William Wong
                                                      William Wong
                                                      Assistant U.S. Attorney

Dated: October 18, 2007                      /s/ John R. Duree, Jr.
                                                      JOHN R. DUREE, JR.
                                                      Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for October 23, 2007, at 9:30 a.m. be VACATED, and the matter continued until December 11, 2007, at 9:30 a.m. Time is excluded under the Speedy Trial Act from October 23, 2007 through December 11, 2007 pursuant to Local Codes T2 and T4.

Dated: October 19, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT