MCGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S 06-09 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| RICHARD J. MARINO | |
| Defendant. | |

The parties request that the entry of plea/status conference in this case be continued to January 29, 2008. The parties stipulate and agree that the time beginning December 11, 2007 and extending through January 29, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time, so that counsel for the Defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties have reached an agreement which will resolve the case. Additional time is needed to reach an accord as to the factual basis for the plea agreement.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: December 7, 2007     By: /s/ William S. Wong
                               WILLIAM S. WONG
                               Assistant U.S. Attorney

DATE: December 7, 2007         /s/ Matt Segal
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorney

DATE: December 7, 2007         /s/ John Duree
                               JOHN DUREE
                               Counsel for Richard Marino

ORDER

**IT IS SO ORDERED.**

DATE: December 7, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT