```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    MATTHEW D. SEGAL
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2700
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,    )   CR. No. S-06-09 LKK
11                               )
                 Plaintiff,      )
12                               )   STIPULATION AND
                                 )   ORDER CONTINUING STATUS
13           v.                  )   CONFERENCE AND EXCLUDING TIME
                                 )
14  RICHARD J. MARINO,           )
                                 )
15               Defendant.      )
    _____)
16
```

17    The parties request that the entry of plea/status conference in
18 this case be continued to March 4, 2008.  The parties stipulate and
19 agree that the time beginning January 29, 2008, and extending
20 through March 4, 2008, should be excluded from the calculation of
21 time under the Speedy Trial Act.  The ends of justice are served by
22 the Court excluding such time, so that counsel for the Defendant may
23 have reasonable time necessary for effective preparation, taking
24 into account the exercise of due diligence.  18 U.S.C. §
25 3161(h)(8)(B)(iv).  The parties have reached an agreement which will
26 resolve the case.  Additional time is needed to reach an accord as
27 to the factual basis for the plea agreement.
28 ///

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: January 25, 2008    By: /s/ William S. Wong
                              WILLIAM S. WONG
                              Assistant U.S. Attorney

DATE: January 25, 2008    By: /s/ Matt Segal
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney

DATE: January 25, 2008    By: /s/ John Duree
                              JOHN DUREE
                              Counsel for Richard Marino

_____

**ORDER**

**IT IS SO ORDERED.**

DATED: January 25, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT