1 | **JOHN R. DUREE, JR.**
**A Professional Corporation**
2 | State Bar No. 65684
428 J Street, Suite 350
3 | Sacramento, California 95814
Telephone: (916) 441-0562
4 |
5 | Attorney for Defendant
RICHARD J. MARINO
6 |
7 |
8 |
                  **UNITED STATES DISTRICT COURT**
9 |
                  **EASTERN DISTRICT OF CALIFORNIA**
10 |
11 |
12 | **UNITED STATES OF AMERICA**,  )  **CASE NO. 2:06-CR-00009 LKK**
                                  )
13 |            Plaintiff           )
                                  )  **STIPULATION AND**
14 |       vs.                    )  **ORDER CONTINUING**
                                  )  **STATUS CONFERENCE**
15 |                                   )
**RICHARD J. MARINO**,      )
16 |                                   )
           Defendant.      )
17 | _____ )

18 |      The United States, through its undersigned counsel, and the defendant, through his
19 | undersigned counsel, hereby agree and stipulate that the status conference, which is currently
20 | scheduled for March 4, 2008, at 9:30 a.m. should be vacated and continued to March 25, 2008
21 | at 9:30 a.m.
22 |      The parties stipulate to this continuance because additional time is needed for the
23 | government to make changes to the proposed plea agreement. The plea agreement is more
24 | complicated than most agreements as it is designed to place both upper and lower limits on the
25 | sentence.
26 |      The case previously has been found to be unusual and complex.
27 | ///
28 | ///

-1-

The parties agree that time should be excluded from the current scheduled date of March 4, 2008 to and including March 25, 2008, pursuant to Local Code T2 and T4. (18 USC § 3161 (h)(8)(B)(ii) and (iv).

Dated: February 28, 2008  /s/ William Wong
William Wong
Assistant U.S. Attorney

Dated: February 28, 2008  /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for March 4, 2008, at 9:30 a.m. be VACATED, and the matter continued until March 25, 2008, at 9:30 a.m. Time is excluded under the Speedy Trial Act from March 4, 2008, through March 25, pursuant to Local Codes T2 and T4.

Dated: March 3, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT