**JOHN R. DUREE, JR.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:06-CR-00009 LKK |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for March 25, 2008, at 9:30 a.m. should be vacated and continued to April 22, 2008 at 9:30 a.m.

The parties stipulate to this continuance because additional time is needed for the government to make changes to the proposed plea agreement. The government has proposed a written agreement and although there are some disagreements, both parties agree on the general contours. The plea agreement is more complicated than most agreements as it is designed to place both upper and lower limits on the sentence.

The case previously has been found to be unusual and complex.

///

-1-

The parties agree that time should be excluded from the current scheduled date of March 25, 2008 to and including April 22, 2008, pursuant to Local Code T2 and T4. (18 USC § 3161 (h)(8)(B)(ii) and (iv).

Dated: March 21, 2008  /s/ William Wong
William Wong
Assistant U.S. Attorney

Dated: March 21, 2008  /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for March 25, 2008, at 9:30 a.m. be VACATED, and the matter continued until April 22, 2008, at 9:30 a.m. Time is excluded under the Speedy Trial Act from March 25, 2008, through April 22, pursuant to Local Codes T2 and T4.

Dated: March 21, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT