1 **JOHN R. DUREE, JR.**
**A Professional Corporation**
2 State Bar No. 65684
428 J Street, Suite 350
3 Sacramento, California 95814
Telephone: (916) 441-0562
4

5 Attorney for Defendant
RICHARD J. MARINO
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | **CASE NO. 2:06-CR-00009 LKK** |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| **RICHARD J. MARINO**, | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendant, through his undersigned counsel, hereby agree and stipulate that the status conference, which is currently scheduled for April 22, 2008, at 9:30 a.m. should be vacated and continued to May 6, 2008 at 9:30 a.m.

The parties stipulate to this continuance because additional time is needed to complete the plea agreement. The government has submitted a written agreement and defendant has some minor objections; however, do to a death in the family, counsel for defense has not had time to fully review and resolve those minor changes. The plea agreement is more complicated than most agreements as it is designed to place both upper and lower limits on the sentence.

The case previously has been found to be unusual and complex.

///

-1-

The parties agree that time should be excluded from the current scheduled date of April 22, 2008 to and including May 6, 2008, pursuant to Local Code T2 and T4. (18 USC § 3161 (h)(8)(B)(ii) and (iv).

Dated: April 17, 2008            /s/ Matthew Segal
MATTHEW SEGAL
Assistant U.S. Attorney

Dated: April 17, 2008            /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that status conference currently scheduled for April 22, 2008, at 9:30 a.m. be VACATED, and the matter continued until May 6, 2008, at 9:30 a.m. Time is excluded under the Speedy Trial Act from April 22, 2008, through May 6, pursuant to Local Codes T2 and T4.

Dated: April 18, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT