| | |
|---|---|
| 1 | **JOHN R. DUREE, JR.**<br>**A Professional Corporation**<br>Attorney at Law – SBN 65684<br>428 J Street, Suite 352<br>Sacramento, California 95814<br>Telephone: (916) 441-0562 |

Attorney for Defendant
RICHARD J. MARINO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD J. MARINO,<br><br>　　　　　Defendant. | Case No. 06-CR-00009<br><br>**STIPULATION AND ORDER EXONERATING BOND AND RELEASING FUNDS** |

On January 17, 2006, this court ordered Mr. Marino's release on $200,000 bond to be secured with two pieces of real property in Fort Bragg, California – 498 Chestnut Street and 611 West Street. The amount of equity in the West Street property was determined to be $150,000. A deed of trust for the West Street property was subsequently filed with the Mendocino County Recorder and this court.

On February 17, 2006, with the consent of the U.S. Attorney, a check for the proceeds of the sale of the Chestnut Street property in the amount of $89,040.20 was paid to the court in lieu of the deed of trust for that property, as the property had been sold. On March 17, 2006, the court ordered that $39,040.20 of those funds be returned to Mr. Marino, making the security for the bond $200,000 ($150,000 of equity in the West Street property plus $50,000 cash), as ordered by the court.

## **STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong, and defendant, Richard J. Marino, by and through his counsel, John R. Duree, Jr., agree and stipulate that defendant is currently in the custody of the Bureau of Prisons serving the sentence imposed by the court in this case.

Accordingly, the parties respectfully request that the court exonerate the bond posted to secure his release, reconvey the West Street property, and return the $50,000 cash deposited with the court to Mr. Marino.

IT IS SO STIPULATED

Dated: February 23, 2009            McGREGOR W. SCOTT
                                               United States Attorney

                                         By:     /s/ William S. Wong
                                                    WILLIAM S. WONG
                                                    Assistant U.S. Attorney

Dated: February 23, 2009                      /s/ John R. Duree, Jr.
                                                JOHN R. DUREE, JR.
                                                Attorney for Defendant
                                                RICHARD J. MARINO

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the bail bond posted to secure the release of the defendant, Richard J. Moreno, be exonerated, the property posted for bail on behalf of Mr. Marino be reconveyed, and the $50,000 cash deposited with the court in this matter be returned to Mr. Marino.

Dated: March 2, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT